IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRITTANY DIXON and
KELTON DIXON                                                                                                  PLAINTIFF

v.                                            Case No.  6:24-cv-6093

USDA RURAL DEVELOPMENT;
GRAY REI, LLC; and 117 HOT SPRINGS DR.,
ARKADELPHIA CLARK COUNTY, ARKANSAS,
*in rem*                                                                                                      DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 21.  Judge Bryant recommends that the Court grant the Motion to Dismiss (ECF No. 8) filed by Separate Defendant USDA Rural Development because it is entitled to sovereign immunity.  Further, Judge Bryant recommends that the Court deny without prejudice the Motion to Dismiss (ECF No. 5) filed by Separate Defendant Gray REI, LLC and remand the remaining state law claims against Gray REI, LLC back to the Circuit Court of Clark County, Arkansas.

Separate Defendant Gray REI, LLC has filed an objection, arguing that because the Court is declining supplemental jurisdiction over the remaining state law claims, the Court should abstain from ruling on Gray REI, LLC's Motion to Dismiss and remand this matter to state court for further proceedings, included but not limited to a ruling on Gray REI, LLC's Motion to Dismiss (ECF No. 8).[1]  The Court agrees with Gray REI, LLC and finds that the Court should decline to exercise its supplemental jurisdiction over the state law claims and abstain from ruling on REI LLC's Motion to Dismiss (ECF No. 8).

---

[1] This case was removed to this Court under 28 U.S.C. § 1442, which provides for the removal of a civil action commenced in state court against an agency of the United States or its officers.  If the Court dismisses USDA Rural Development, this case will only involve state law claims between non-diverse parties.

Upon review, the Court **ADOPTS** the Report and Recommendation (ECF No. 21) in part. The Court finds that the Motion to Dismiss (ECF No. 8) filed by USDA Rural Development should be and hereby is **GRANTED**. USDA Rural Development is **DISMISSED** from this case. The Court abstains from ruling on REI LLC's Motion to Dismiss (ECF No. 8).

Because the Court has dismissed all claims over which it has original jurisdiction, the Court will decline to exercise supplemental jurisdiction over the remaining state law claims. *See* 28 U.S.C. § 1367(c)(3). Thus, the Court instructs the Clerk of Court to immediately **REMAND** this matter to the Circuit Court of Clark County, Arkansas, for further disposition.

**IT IS SO ORDERED**, this 27th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge